<pre>
 1
 2
 3
 4
 5
 6
 7
 8                      UNITED STATES DISTRICT COURT
 9                     CENTRAL DISTRICT OF CALIFORNIA
10
11  JESUS DAVID LOZANO,          )   NO. CV 14-3936-VBF(E)
                                 )
12          Petitioner,           )
                                 )
13      v.                       )   ORDER ACCEPTING FINDINGS,
                                 )
14  BARNES, Warden,              )   CONCLUSIONS AND RECOMMENDATIONS
                                 )
15                               )   OF UNITED STATES MAGISTRATE JUDGE
            Respondent.           )
16  _____)
17
18       Pursuant to 28 U.S.C. section 636, the Court has reviewed the
19  Petition, all of the records herein and the attached Report and
20  Recommendation of United States Magistrate Judge.  Further, the Court
21  has engaged in a de novo review of those portions of the Report and
22  Recommendation to which any objections have been made.  The Court
23  accepts and adopts the Magistrate Judge's Report and Recommendation.
24
25       IT IS ORDERED that Judgment shall be entered denying and
26  dismissing the Petition with prejudice.
27  ///
28  ///
</pre>

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein by United States mail on Petitioner and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: February 13, 2015

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

2