**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JESUS DAVID LOZANO, | ) | NO. CV 14-3936-VBF(E) |
| Petitioner, | ) | |
| v. | ) | FINAL JUDGMENT |
| BARNES, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: February 13, 2015

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE